CLEMENTS v. CLEMENTS. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Josephine Clements against J. M. Clements. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

---

CLINTON, Respondent, v. KRULL, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by George Clinton against Fred H. Krull. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the opinion of Spring, J., in Fulton v. Krull, 135 N. Y. Supp. 432, decided herewith.

---

CLOWE, Respondent, v. SEAVEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 28. 1912.) Action by Charles W. Clowe, as trustee in bankruptcy, etc., against Elizabeth S. C. Seavey and others.

PER CURIAM. Judgment (74 Misc. Rep. 254, 131 N. Y. Supp. 817) affirmed, with costs. SMITH, P. J., dissents. HOUGHTON, J., not sitting.

---

CLUTE, Respondent, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by David Clute against the Buffalo. Lockport & Rochester Railway Company. No opinion. Judgment and orders affirmed, with costs.

---

COFFIN, Respondent, v. TEVIS, Appellant. RAMBAUT v. SAME. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by George M. Coffin and by Thos. D. Rambaut against William S. Tevis. E. M. Rabenold, for appellant. E. H. Wilson, for respondent. No opinions. Judgments affirmed, with costs, with leave to defendant, on payment of costs in this court and in the court below, to apply at Special Term for leave to answer on showing a meritorious defense. Orders filed. See, also, 133. N. Y. Supp. 1141.

---

In re COHEN. (Supreme Court, Appellate Division, First Department. May 24, 1912.) In the matter of Jacob Cohen. No opinion. Order affirmed, with $10 costs and disbursements, on American Woolen Co. v. Cohen, 142 App. Div. 880, 127 N. Y. Supp. 787. Order filed.

---

COHEN, Appellant, v. BEAKES DAIRY CO., Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by Gussie Cohen, by guardian, against the Beakes Dairy Company. M. E. Gossett, for appellant. E. S. Merrill, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

COHEN et al., Appellants, v. BEAN, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Julius H. Cohen and others against Henry W. Bean. T. B. Richter, for appellants. P. Bonynge, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

COLE, Respondent, v. KUNKELY et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by Frederick B. Cole against Anna M. Kunkely, individually and as administratrix, etc., and others.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, upon the ground that there is no evidence to prove the agreement, alleged in the complaint, that the house should be built for a fair and reasonable profit over and above the cost of the labor employed and materials furnished; nor is there competent evidence of the reasonable value of the labor employed and materials furnished.

WOODWARD, J., dissents upon the ground that the evidence given by the plaintiff as to the cost of the materials and labor is competent evidence of the value, and that the other question was not raised by defendants at the trial, with whom RICH, J., concurs.

---

COLLIER, Respondent, v. WEIDLICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by Frances Miller Collier against August Weidlich and others. No opinion. Motion granted, without costs, on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs.

---

COLLIER v. WEIDLICH et al. TEPLITZ v. CHARLES WENZ, Inc. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Actions by Frances Miller Collier against August Weidlich and others and by Jennie Teplitz against Charles Wenz, Incorporated. (Appeal No. 2.) No opinion. Order of the County Court of Kings County affirmed, without costs.

---

COLLIER v. WEIDLICH et al. TEPLITZ v. CHARLES WENZ, Inc. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Actions by Frances Miller Collier against August Weidlich and others and by Jennie Teplitz against Charles Wenz, Incorporated. (Appeal No. 3.) No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

---

In re COLLINS. (Supreme Court, Appellate Division, First Department. May 10, 1912.) In the matter of Llewellyn C. Collins. No opinion. Respondent disbarred. Settle order on notice.

---

COLLINS, Appellant, v. BUFFALO, L. & R. RY. CO., Respondent, et al. (Supreme Court, Appellate Division, Fourth Department.